# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BLUE SKY NETWORKS, LLC,<br><br>    *Plaintiff,*<br>v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (UNITED STATES) INC.,<br>LENOVO HOLDING COMPANY, INC., and<br>MOTOROLA MOBILITY LLC,<br><br>    *Defendants.* | Civil Action No. 1:17-cv-00452-LY<br><br>JURY TRIAL DEMANDED |

## DEFENDANT MOTOROLA MOBILITY LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola Mobility, LLC, through their attorneys, makes the following disclosures:

1. Motorola Mobility Holdings, LLC, owns 100% of Motorola Mobility LLC's stock.

2. Motorola Mobility Holdings, LLC is indirectly, a wholly-owned subsidiary of Lenovo Group Limited.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

2

Dated:  July 24, 2017                                   Respectfully submitted by,

*/s/ Fred I. Williams*
Fred I. Williams (Lead Counsel)
Texas Bar No. 00794855
fwilliams@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746
(512) 542-8400 phone
(512) 542-8610 fax

Eric J. Klein
Texas Bar No. 24041258
eklein@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
(214) 220-7700 phone
(214) 220-7716 fax

*Counsel for Defendants*
*Lenovo (United States) Inc.,*
*Lenovo Holding Company, Inc., and*
*Motorola Mobility LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on July 24, 2017, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(b).

*/s/ Fred I. Williams*
Fred I. Williams
