IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BLUE SKY NETWORKS, LLC, | § | |
| Plaintiff | § | |
| v. | § | CIV. A. NO. 1:17-CV-00452-LY |
| LENOVO GROUP, LTD.; LENOVO (UNITED STATES) INC.; LENOVO HOLDING COMPANY, INC.; and MOTOROLA MOBILITY LLC, | § | JURY TRIAL REQUESTED |
| Defendants | § | |

## NOTICE OF DISCLOSURE

Plaintiff Blue Sky Networks, LLC, complied with the Scheduling Order set forth in this case (Docket 25) by serving Defendants with Plaintiff's Disclosure of Asserted Claims and Infringement Contentions and document production accompanying disclosures on August 25, 2017, via electronic mail and FTP.

Dated: August 31, 2017

Respectfully submitted,

**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Ave., Suite 1050
Austin, Texas 78701
512.473.2257 Telephone
512.478.4409 Facsimile

By: /s/ Cabrach J. Connor
Cabrach J. Connor
State Bar No. 24036390
Email: cconnor@taylordunham.com
Jennifer Tatum Lee
Texas Bar No. 24046950
Email: jtatum@taylordunham.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 this 31st day of August, 2017.

                                                        Jennifer Tatum Lee