IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BLUE SKY NETWORKS, LLC,<br>PLAINTIFF,<br><br>V.<br><br>LENOVO (UNITED STATES) INC.,<br>LENOVO HOLDING COMPANY, INC.,<br>AND MOTOROLA MOBILITY LLC,<br>DEFENDANTS. | § § § § § § § § § § | CAUSE NO. 1:17-CV-452-LY |

**FINAL JUDGMENT**

Before the court in the above styled and numbered cause is parties' Joint Motion to Dismiss all Claims (Dkt. No. 30), filed October 27, 2017. The court granted the motion and resolved all live claims. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this ___31st___ day of October, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE